

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00503-CV

_____

DELORIS PHILLIPS, Appellant

V.

NEUROCK OF MEADOW GREEN APARTMENTS, REAL PAGE
INCORPORATION, RPM LIVING PROPERTY MANAGEMENT, KIMBERLY
SIMS, AND OMAR AZAM, Appellees

---

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2025-005329-3

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due on January 28, 2026, but she did not file a brief.  On February 9, 2026, we warned her that we could dismiss her appeal for want of prosecution unless, within ten days, she filed a brief and an accompanying motion reasonably explaining the brief's untimeliness and the need for an extension.  *See* Tex. R. App. P. 10.5(b)(1), 38.8(a)(1), 42.3(b).  More than ten days have passed, and Appellant still has not filed a brief.

Accordingly, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered:  March 19, 2026